**SWIFT SEARCH WARRANT RESULTS**
December 12, 2006
Page 1

**Name of Person**

Acosta, Veronica - 7
Aelon-Garcia, Ruben
Alcon-Solis, Jose
Alfredo-Pastillo, Carlos
Alvarado-Flores, Enrique
Ambrosio-Lux, Pv
Andonez-Cortez, Meriana
Andreon-Vigil, Daniel
Antonio-Tomas, Delores
Arcillia, Carlos
Arteaga-Hada, Juan
Atiada-Alberinga, Irma Luz
Azucena, Rosa
Babtista-Cruz, Juan
Baquiax-Baquiax, Osbaldo
Bartolo-Pecho, Karina
Biez-Diaz, Rene
Bocanegra-Terrines, Erika
Bolanegra-Gonzalez, Eliseo
Bonilla-Carnales, Ramon
Boyones, Jeramias
Buquiax, Mario
Buzente-Paleco, Juan
Canales-Cortez, Luz Marie
Carrillo-Ruiz, Servando
Castillo-Flores, Heriberto
Chaires, Jose
Chaj-Acton, Pablo
Chajzm, Alcoterio
Chanchaba, Vicente
Chavez-Ortillo, Eva
Chavez-Solis, Armando
Chelos-Pelico, Geranimo
Chevez-Navarro, Jose
Chunchavac-Vincente, Armando
Cocanegra, Juan
Contraras, Irnesto
Cruz, Elsa
Cruz, Peodoro
Cruz-Loira, Vicente
Cruz-Reyes, Santos
Cruz-Vicente, Juan
Cxanuague, Francisco
Del Caman, Silvia
Delcan-Pelico, Serferina
Deleon-Garcia, Irma
Diego, Francico
Diego, Francisco Juan

EXHIBIT 1

Page 2

Esquivel-Zepeda, Viennts
Flores-Ortega, Yolanda
Fraga-Loredo, Monica
Francisco, Angelica
Galvan-Zavala, Andres
Ganzales-Cortez, Juan
Garcia, Esias
Garcia, Wilber
Garcia-Bocanegra, Maria
Garcia-Juarez, Oscar
Garcia-Lopez, Catalina
Garcia-Marez, Juan
Gaspas-Faix, Juan
Gomez-Gamino, Jaime
Gomez-Garcia, Arturo
Gomez-Garcia, Benjamin
Gomez-Gomez, Nicolas
Gomez-Menslora, Gregorio
Gomez-Olvera, Juan
Gomez-Ramirez, Jose
Gomez-Ramirez, Miguel
Gomez-Tejeda, Juan
Gonzalez-Barrera, Alonso
Gonzalez-Ferreira, Vicente
Gonzalez-Franco, Virginia
Gonzalez-Garcia, Elmer
Gonzalez-Garcia, Norma
Gonzalez-Gonzalez, Edeso
Gonzalez-Montalvo, Manuel
Guadalupe-Guzman, Gomez
Guerara, Juan
Guerillero, Antonio
Guerra-Serrano, Carlos
Guerregana, Tobar
Guerrero-Quintana, Salcido
Gutierrez-Bocanegra, Jose
Guzman-Mesa, Jose
Hamilton-Vicente, Victor
Hernandez, Lupe
Hernandez, Miguel
Hernandez, Pastorangel
Hernandez-Aranda, Ascunsion
Hernandez-Aranda, Enrique
Hernandez-Campos, Santos
Hernandez-Gamboa, Maria
Hernandez-Garcia, Bernando
Hernandez-Gonzalez, Rene
Hernandez-Moreno, Gerardo
Hernandez-Orozo, Raul
Hernondez-Martinez, Apalina

Page 3

Hernondez-Martinez, Juan
Herrarte-Giovanie, Edy
Jelcum, Pedrom
Juarez, Juan
Juarez-Balderon, Jose
Juarez-Bocanegra, Javier
Juarez-Maragon, Pedro
Layton, Jesus
Leon-Lopez, Armando
Leos-Ornelas, Victor
Loarez, Mario
Lopez, Florencio
Lopez, Luopaldo
Lopez-Agustin, Juan
Lopez-Edgar, Elizardo
Lopez-Florez, Elluma
Lopez-Lopez, Juan
Lopez-Lucero, Maria
Lopez-Tzun, Crestobal
Lopez-Vicente, Agosto
Lopez-Vicente, Bacilio
Lopez-Vicente, Matias
Lopez-Vicente, Olivio
Lopez-Vicente, Roberto
Lopez-Vincente, Anselmo
Loya-Morales, Maria
Luas-Martinez, Mauro
Lucas-Gonzalez, Jesus
Lucio-Vicente, Guch
Lux-Reymundo, Marina
Luz-Torres, Omar
Macias-Carderos, Marcell
Macias-Garcia, Linda
Manuel, Mario
Manuel-Diego, Guillermo
Manuel-Pedro, Amalia
Marquedo-Hernandez, Idania
Marquin-Mendoza, Malgarito
Martinez-Gascian, Hector
Martinez-Vicente, Gabevaldo
Mateo-Mateo, Reymicio
Mefla-Simone, Pedro
Mendez, Jorge Juan
Mendez, Seferino
Mendoza-Along, Jose
Mendoza-Ilon, Roberto
Mendoza-Quinones, José
Mendoza-Solis, Remijillo
Merales-Quinones, Julio
Meza-Martinez, Bernardo

Page 4

Molina-Morales, Julio
Mondres, Pablo
Montes-Ayala, Alexandro
Montes-Rios, Daniel
Moran-Aguas, Gustavo
Moreno, Maria
Narvic, Giovani
Navarro Escobar, Maleni
Navrro-Olivas, Calisto
Nieto-Naun, Ildelonso
Nunez-Rivas, Paquito
Odriozola-Lopez, Hilda
Olivarez-Guinea, Juana
Olmedo-Lopez, Cergina
Opisbo-Aroni, Sana
Ordonez, Pantelion
Orozco-Gonzalez, Elva
Ortiz-Barrera, Angel
Ortiz-sanchez, Santos
Panteleon-Alacon, Maria
Pascual-Bernabe, Sautico
Pasqual-Francisco, Miguel
Pastor-Hernandez, Aria
Paz-Bonilla, Juan
Pelico-Vicente, Miquel
Pelilo-Vicente, Andres
Pelilo-Vicente, Roperto
Perez- De Mejia, Elbia
Perez, Maricio
Perez-Mendez, Diago
Perez-Terones, Juan
Perez-Vicente, Olivia Franasen
Piaz, Fermin
Quezada-Molina, Pablo
Quintanilla-Cortez, Wilfredo
Ramierz-Bolanegra, Juan
Ramirez, Regulo
Ramirez-Bernade, Domingo
Ramirez-Bocansgrat, Francisco
Ramirez-Cocanera, Ismael
Ramirez-Gomez, Juan
Ramirez-Rojas, Ofilia
Ramirez-Sanchez, Dorito
Ramos-Juarez, Josefa
Reyes-Cruz, Maria
Reyes-Marquez, Elmer
Reyes-Martinez, Marcelina
Reyes-Moratalla, Jose Alfonso
Rodriguez, Sergio
Rodriguez-Hernandez, Juan

Rodriquez-Garcia, Marciela
Rodriquez-Gomez, Sevciano
Rodriquez-Villalobos, Ismael
Rojas, Marisa
Roman-Montes, Hector
Rosa-Herrera, Basilisa
Ruiz-Gortez, Milten
Sabastian-Francisco, Rosalia
Sanchez-Jimenez, Jose
Sanic, Lisandro
Sanic-Tzun, Nelson
Santos-Marino, Armando
Sebastian-Juan, Ana
Serrate-Velasquez, Candido
Silva-Moreno, Maria
Sofo-Chavez, Juan
Sontay-Vicente, Humberto
Soria, Alfred
Sylvestris-Pablo, Juan
Teadora, Alemun
Tejeda-Rodriquez, Julio
Terasas, Gubrida
Tjeun-Deleon, Martin
Tomas-Batz, Ajpacaja
Tranquilano-Varo, Veronica
Trejo-Vincente, Ruby
Tuzon-Chan, Frederico
Tzula, Isaisara
Valasquez, Riagberto
Valtierra-Ortega, Jose
Vargas-Garcia, Juan
Vargas-Hernandez, Sofia
Vasquez, Gloria
Vasquez-Nava, Rafael
Velasquez, Abel
Velasquez, Francisco
Velasquez, Pecie, Santos
Velasquez-Pelico, Jorge
Velasquez-Velaszuez, Jaime
Vicente-Calik, Feliciance
Vicente-Chixmay, Israel
Vicente-Chun, Leonel
Vicente-Lopez, Ricardo
Vicente-Pelico, Edaobio
Vicente-Soetty, Pedro
Vicente-Sontai, Marma
Vicente-Sontay, Rigoberto
Vicente-Valasquez, Nicolasa
Vicente-Velazquez, Juventino
Vicente-Vicente, Bonifacio

Page 6

Vicente-Vicente, Ed Hoerto
Vicente-Vicente, Elisio
Vicente-Vicente, Heralinda
Vicente-Vicente, Santos
Vicente-Vicente, Teofilo
Vicente-Xiloj, Guadalupe
Villanueva-Herandez, Benjamin
Vincente-Lopez, Florentin
Yoc-Lopez, Enrique
Zarate-Velasquez, David
Zirate, Baldimar
Zunun-Lopez, Erasmo

