# AGREEMENT

Between

SWIFT & COMPANY

Greeley, Colorado



2004-2009 Contract

and

UNITED FOOD AND
COMMERCIAL WORKERS,
LOCAL NO. 7

Chartered by the

UNITED FOOD AND
COMMERCIAL WORKERS
INTERNATIONAL UNION



**EXHIBIT 2**

**AGREEMENT**
Between

**SWIFT & COMPANY**

And

**UNITED FOOD AND COMMERCIAL WORKERS,
LOCAL NO. 7**

TERM: November 22, 2004 to November 22, 2009

**AGREEMENT**

This Agreement has been made and entered into by Swift & Company for it's Greeley, Colorado facility (hereinafter the Company) and United Food and Commercial Workers International Union, AFL-CIO, CLC, Local 7 (hereinafter the Union).

**ARTICLE 1
PURPOSE OF AGREEMENT**

**Section 1**   It is the intent and purpose of the parties hereto that this Agreement shall promote and improve the industrial and economic relationship between the Company and the Union and its members as set forth herein, and to set forth herein rates of pay, hours of work, and other conditions of employment to be observed between the parties hereto.

**Section 2**   It is recognized by both parties that they have a mutual interest and obligation in maintaining friendly cooperation between the Company and the Union which will permit safe, economical and efficient operation.

**ARTICLE 2
RECOGNITION**

The Company recognizes the Union as the sole and exclusive bargaining agent for all production employees, including janitors, fabrication knife sharpeners, kill floor knife room technician, scale (weight range), grounds crew, inventory, hide plant, manifestors, and production trainers employed by the Company at its Greeley, Colorado beef plant, but excluding office and plant clerical employees, professional employees, selectors, beef graders/coordinators, cattle buyers, nurses, emergency medical technicians, fault reset, roll stock, scalars, warehouse persons, plant computer operators, console operators, Formax, K-Pak, blender, blood plasma operators, managerial, administrative, distribution, quality control/PIFS, engineering/maintenance employees, listers, inventory control coordinators, employees of independent contractors, guards, and supervisors as defined by the National Labor Relations Act.

1