## Affidavit

1. My name is Fernando Rodriquez. My business address is 7760 W. 38th Ave., Suite 400, Wheat Ridge, CO 80033. My phone number is (303) 425-0897 ext. 417.
2. I am employed by United Food & Commercial Workers Union, Local #7 as the Director of the Packing House Division.
3. In my capacity of the Director of the Packing House Division I am responsible to ensure that issues of importance to packing house workers are addressed both in the workplace and in a larger community context. In addition to my own direct involvement, I supervise union representatives who are in the plant for most of the production day.
4. Local 7 is the exclusive collective bargaining representative for the production workers at the Swift Plant in Greeley, Colorado. Pursuant to an election in 1993 United Food and Commercial Workers became bargaining representative at that plant and has continued to represent workers there despite changes in ownership. The current agreement is from 2004 to 2009. (Attached hereto as Attachment A) Approximately 1500 Swift workers are in the bargaining unit in Greeley.
5. The collective bargaining agreement addresses terms and conditions of employment. Under the terms of the agreement, once past the probationary period, employees can only be terminated for just cause. Further, the employer has policies that are subject to the application of the collective bargaining agreement. The collective bargaining agreement contains extensive procedures for enforcement of its terms.
6. In certain circumstances workers can be terminated for absenteeism as well as other reasons. In such circumstances, Local 7 is required to investigate the facts surrounding the decision to terminate, to determine whether the company, in fact, had just cause to terminate. Failure to do so would constitute a failure of the duty of representation with which Local 7 is charged as the exclusive bargaining representative.
7. Further UFCW Local 7 provides legal assistants to workers regarding unemployment benefits in situations of job termination and lay-off.
8. If a worker is involuntarily taken from the workplace and held *incognito* it is impossible for Local 7 to perform its duties.
9. Local 7 representatives, including myself help workers with many other issues including, finding legal representation in non-employment matters, working with other groups to find services, and assisting with problems relating to workman's compensation and unemployment.
10. In addition to enforcement of the terms of the agreement, Local 7 has been actively involved in the community of workers at the Swift Plant in Greeley Colorado.
11. Local 7 frequently holds social gatherings for workers and their families at holidays and on other occasions. The most recent social gathering was on December 9, 2006. Food was served, entertainment provided and toys were distributed to children. More than hundred workers participated.
12. Local 7 sponsors sports teams made up of workers from the plant.

EXHIBIT 4

13. Using a fund established through the collective bargaining agreement (see Attachment A, article 34), Local 7 has set up English classes for workers who want to improve their skills.
14. Swift workers are actively involved in United Food & Commercial Workers Union, Local #7. Most workers at the plant are full members of the union. That means that they can vote for officers and on contract proposals.
15. In addition to Union representatives about a dozen Swift workers are Union stewards at the plant. In that capacity they assist workers with immediate workplace problems while also performing production functions.
16. Two workers from the Swift plant are elected vice-presidents of UFCW Local 7: Juan Perea and Irma Chacon. As vice presidents, these workers help make policy for Local 7, and represent concerns of Swift workers in the decision making process of the Executive Board which consists of 26 vice-presidents, the Secretary-Treasurer, and the President.
17. On Tuesday, December 12, 2006 agents of I.C.E took some two hundred fifty people into custody. Since that time I and other s representatives of UFCW Local 7 have been trying to identify the persons taken into custody and determine whether they have been properly provided with adequate information and had an opportunity to talk to counsel.
18. Local 7 has retained counsel for any worker taken into custody by I.C.E. on December 12, 2006 so that they can consult with those counsel and understand their legal rights.
19. In addition to concerns for the families and individuals, Local 7 is also trying to take steps to preserve the jobs of persons detained improperly.

I hereby swear that the above statement consisting of two pages is true.

Fernando Rodriquez
Date:

Subscribed and sworn before me on this 18th day of December, 2006.

Notary

My commission expires 12/12/07