

# UFCW International Constitution

As amended and revised at the Fifth Regular Convention 2003

United Food and Commercial Workers International Union, AFL-CIO, CLC

EXHIBIT 5

**UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION CONSTITUTION**

## PREAMBLE

Because the history of workers has been but the record of constant struggle against oppression by the wealthy and powerful;

And because wealth, with its accompanying power, is becoming more and more concentrated in the hands of the few;

And because the organization of workers into trade unions is essential to the economic, social, and political freedom of society and to the successful functioning of a democracy;

And because in union there is strength and workers are better able collectively to secure their fair share of the profits accruing from their toil;

This International Union is created in order to elevate the social and economic status of workers and, further, to advance the principles and practice of freedom and democracy for all.

## ARTICLE 1
### Name and Headquarters

**(A)** This International Union shall be known as the United Food and Commercial Workers International Union and shall be comprised of all persons who are members and consist of an unlimited number of Local Unions and other chartered bodies, all of which shall bear the name United Food and Commercial Workers and shall be subject to this Constitution and any laws enacted pursuant to it; except that, in Canada, this International Union shall be known as the United Food and Commercial Workers Canada or Travailleurs et Travailleuses Unis de l'Alimentation et du Commerce de Canada, and chartered bodies therein shall bear said English or French name. The initial names UFCW, UFCW Canada, TUAC, or TUAC Canada may be used or interchanged as applicable. The International Union shall not be dissolved while there are three dissenting Local Unions.

**(B)** The International headquarters of the United Food and Commercial Workers International Union shall be located in the metropolitan Washington, D.C. area, unless otherwise determined by the International Executive Board. The national headquarters of the United Food and Commercial Workers Canada shall be located in the greater Toronto, Ontario area, unless otherwise determined by the Executive Board of the United Food and Commercial Workers Canada National Council.

## ARTICLE 2
### Objectives and Principles

The object of this International Union shall be the elevation of the position of its members, and further: to conduct an International Union of persons engaged in the performance of work within its jurisdictions; to organize, establish, and charter bodies in all states, provinces, and territories of North America; to organize, unite, and assist persons, without regard to race, creed, color, sex, religion, age, disability, sexual orientation, or national origin, engaged in the performance of work within its jurisdiction for the purpose of improving wages, hours, benefits, and working conditions on local, national, or international levels; to obtain the status of exclusive bargaining representative of persons employed within the jurisdiction of the International Union and to process and resolve grievances and enforce all other rights arising out of such collective bargaining relationships; to encourage members and all workers to register and vote; to support research in its industries for the benefit of its members; to advance and safeguard the full employment, economic security, and social welfare of its members and of workers generally; to protect and extend democratic institutions, civil rights and liberties, and the traditions of social and economic justice of the United States and Canada; to function as an autonomous International Union affiliated with other International Unions in national and international federations; to print and disseminate publications; to protect and preserve the International Union as an institution and to perform its legal and contractual obligations; to protect the International Union and all of its chartered bodies from any and all corrupt influences and from the undermining efforts of all who are opposed to the basic principles of democracy and democratic unionism; to acquire, receive, hold, manage, lease, convey, invest, expend, or otherwise use the funds and property of this organization to carry out the duties and to achieve the objectives set forth in this International Constitution; to take all steps and actions, which are reasonable and proper, to promote the welfare and interests of its members, of workers within its jurisdiction, and of workers generally and to afford mutual protection to members against unwarranted rules, unlawful discharge, or other forms of injustice or oppression; to sponsor, encourage, engage in, and support, financially and otherwise, educational, legislative, political, civic, social, health, welfare, community, or charitable projects or activities; and to support and encourage such other objectives for which working people may lawfully combine for their mutual protection and benefit.

## ARTICLE 3
### Jurisdiction

The jurisdiction of the United Food and Commercial Workers International Union shall encompass but shall not be restricted to:

**(A)** Employees and other persons, including professionals, managers, supervisors, administrators, salespersons, distributors, and ancillary personnel, in both the private and public sectors, performing any work or services in connection with or related to the sale, distribution, provision, processing, handling, or production of goods, commodities, merchandise, or services;

**(B)** Anyone performing any work or services within the jurisdiction of any union or other organization which was a predecessor of the United Food and Commercial Workers International Union, has merged with the International Union or any of its chartered bodies, or has been chartered by the International Union; and

**(C)** Anyone performing any work or services incidental or related to work within the jurisdiction of the International Union, or otherwise performing any work or services as may be determined by the International Executive Board to be within the jurisdiction of the International Union.

## ARTICLE 4
### Membership Classifications

**(A)** All persons are eligible for membership in the United Food and Commercial Workers International Union whose membership is not otherwise restricted or precluded by this Constitution or by other actions consistent with and authorized by this Constitution or International law, provided that no such restrictions or preclusions shall be based upon race, creed, color, sex, national origin, religion, disability, sexual orientation, or age. Membership shall be in accordance with the following classifications, and no member shall hold more than one classification of membership at any one time: