# BYLAWS

## OF

## UNITED FOOD

## AND

## COMMERCIAL WORKERS UNION, LOCAL NO. 7R



Revised May 2004



**EXHIBIT**

6

Section C. 1. Trade and occupational divisions may be established within the Local Union to reflect representation in specific areas of trades or occupations. The Local Union President shall establish such divisions with the approval of the Executive Board of the Local Union.

2. Such divisions established shall be governed by the Constitution and laws of the International Union and the bylaws and rules of the Local Union.

## ARTICLE III

### Objectives

The objectives of this Local Union shall be the elevation of the position of its members, and further: to conduct a Local Union of persons engaged in the performance of work within its jurisdiction; to organize, unite, and assist persons, without regard to race, creed, color, sex, religion, age, disability, sexual orientation, or national origin, engaged in the performance of work within its jurisdiction for the purpose of improving wages, hours, benefits, and working conditions; to obtain the status of exclusive bargaining representative of persons employed within its jurisdiction and to process and resolve grievances and enforce all other rights arising out of such collective bargaining relationships; to encourage members and all workers to register and vote; to support research in its industries for the benefit of its members; to advance and safeguard the full employment, economic security, and social welfare of its members, and of workers generally; to protect and extend democratic institutions, civil rights and liberties, and the traditions of social and economic justice of the United States and Canada; to print and disseminate publications; to protect and preserve the Local Union as an institution and to perform its legal and contractual obligations; to protect the Local Union from any and all corrupt influences and from the undermining efforts of all who are opposed to the basic principles of democracy and democratic unionism; to acquire, receive, hold, manage, lease, convey, invest, expend, or otherwise use the funds and property of this organization to carry out the duties and to achieve the objectives set forth in the International Constitution and the Local Union bylaws; to carry out the purposes of the International Union as set forth in the Preamble and provisions of the International Constitution; to take all steps and actions, which are reasonable and proper, to promote the welfare and interests of its members, of workers within its jurisdiction and of workers generally and to afford mutual protection to members against unwarranted rules, unlawful discharge, or other forms of injustice or oppression; to sponsor, encourage, engage in, and support financially, and otherwise, educational, legislative, political, civic, social, health, welfare, community, or charitable projects or activities; and to support and encourage such other objectives for which working people may lawfully combine for their mutual protection and benefit.

## ARTICLE IV

### Membership

Section A. All persons engaged in work within the trade and geographical jurisdiction of this Local Union shall be eligible for membership subject to the provisions of these bylaws and the Constitution and laws of the International Union. Membership shall be classified as active, affiliated, paid-up life, or nonactive. No member shall hold more than one classification of membership at any one time.

Section B. 1. An individual is eligible to be an active member if he or she is: employed within a collective bargaining unit represented by the International Union or the Local Union; an employee or salaried officer of the International Union or the Local Union or of any organization approved by the International Executive Board with which the International Union or the Local Union has affiliated; a member of the International Union through the Local Union or a division of the Local Union which was a professional or other association that has been chartered by or merged with the International Union or the Local Union; or working as a barber, cosmetologist, or independent insurance agent.