IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  06-cv-2494-JLK-MJW

RINALDO YARRITO, et al.

       Applicants,

v.

JULIE L. MEYERS, Assistant Secretary for Homeland Security

       Respondent.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Petitioner's Motion for Leave to Amend Petition (doc. #8), is held in abeyance pending compliance with D.C.COLO.LCivR 7.1A.

Dated:  December 20, 2006