IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-2494-JLK-MJW

RINALDO YARRITO, et al.

       Petitioners,

  v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT DIVISION OF THE
DEPARTMENT OF HOMELAND
SECURITY,

JULIE L. MEYERS, Assistant
Secretary for Homeland Security,

       Respondents.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Respondent's Motion for Leave to File Response to Claimed Next Friend's Brief on or before December 29, 2006 is **GRANTED.**

Dated: December 22, 2006

                                             **s/John L. Kane**
                                             SENIOR U.S. DISTRICT JUDGE