IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-2494-JLK-MJW

RINALDO YARRITO, et al.

    Petitioners,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION OF THE DEPARTMENT OF HOMELAND SECURITY,

JULIE L. MEYERS, Assistant Secretary for Homeland Security,

    Respondents.

## ORDER

The Order to Show Cause issued by this Court is amended as follows:

"Respondents may release applicants on bond or on their own recognizance. Respondents may also remove aliens from the United States who request voluntary removal pursuant to 8 C.F.R. § 240.5 or who request removal pursuant to a stipulated order of removal pursuant to 8 U.S.C. § 1229a(d) and 8 U.S.C. § 1103(a)(3).."

This Order pertains only to document #14, filed December 22, 2006. Document #8 is still pending and will be ruled on by separate order.

Dated: December 26, 2006

                                          *s/John L. Kane*
                                          John L. Kane, Senior Judge
                                          United States District Court