IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-2494-JLK-MJW

RINALDO YARRITO, et al.

       Petitioners,

  v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT DIVISION OF THE
DEPARTMENT OF HOMELAND
SECURITY,

JULIE L. MEYERS, Assistant
Secretary for Homeland Security,

       Respondents.

---

ORDER ON PROCEDURAL MOTIONS

---

Kane, J.

To correct potential pleading and procedural defects in this fast-moving action, I issue the following rulings on pending procedural motions:

1. Petitioners' Moiton for Leave to Amend Petition for Writ of Habeaus Corpus and Join Additional Respondents by Name (Doc. 30) is **GRANTED** over Respondents' opposition. The caption is amended to reflect the addition of Theresa Hunt, warden at ICE's facility in Aurora, Colorado, and Alfredo Campos, warden at ICE's El Paso, Texas facility as named Respondents in this action.

2.  Petitioners' Motion for Leave to Amend Petition for Writ of Habeas Corpus and Join Additional Petitioners by Name (Doc. 8) is **GRANTED**, with the proviso that counsel for Petitioners shall file an Amended Complaint within ten days asserting sufficient factual allegations either to (1) comprise a final list – the current one lists 252 individuals – of identifiable persons claimed to be seeking habeas corpus relief in this case or (2) assert this as a class action within the contemplation of Fed. R. Civ. P. 23(b) with a reasonable (no more than fifteen (15)) representative class members.  I note the Petition was filed on behalf of a class and appears maintainable as a class action on the facts alleged whatever the government's concerns, so that the need for adding hundreds of individuals does not appear. Nevertheless, should Petitioners persist in their desire to name each detainee individually, the caption shall continue to identify Rinaldo Yarrito as the first named Petitioner and use the designation "et al." to refer to the thirteen other original plus the 252 added today.  With that caveat, IT IS ORDERED that the 252 individuals identified in Petitioners' Exhibit 1 to their Brief in support of their Petition for Writ of Habeas Corpus (Doc. # 5-2) are added as named parties on the Petition for habeas corpus relief.

Dated: **January 5, 2007**

*s/John L. Kane*  
SENIOR U.S. DISTRICT JUDGE