JAN-12-2007  03:30         IMMIGRATION COURT                915 225 1929    P.01/05



**U. S. Department of Justice**

Executive Office for Immigration Review

*Immigration Court*

8915 Montana Avenue
El Paso, Texas 79925

TO: JIM SALVATOR, ESQ.

TRY (303) 496 7707

FROM: LEE ABBOTT
IJ/EOIR/EPD

DATE: 1/12/2007

COMMENT: BOND HEARING SCHEDULE/ORDER.

JAN-12-2007  03:30        IMMIGRATION COURT              915 225 1929    P.02/05

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
United States Immigration Court
El Paso, Texas

A-88 134 493, et al

In the Matter of                In Bond Proceedings

Ruben Allon Garcia, et. al.
          Respondents

APPLICATION:   Bond Reconsideration

ON BEHALF OF RESPONDENT:        ON BEHALF OF HOMELAND SECURITY:

Jim Salvator, et. al.           Stephen Ruhle, Esq.
                                Mark Wurtz, Esq.

### ORDER OF THE IMMIGRATION JUDGE:

Pursuant to the order of the District Court for the District of Colorado, the Department of Homeland Security has submitted motions to reconsider the custody status of 61 individuals, identified by the attached list.

Respondents 1 through 16; hearing on January 16, 2007 at **1:00 p.m.**

Respondents 17 through 31; hearing on January 17, 2007 at **1:00 p.m.**

Respondents 32 through 46; hearing on January 18, 2007 at **1:00 p.m.**

Respondents 47 through 61; hearing on January 19, 2007 at **10:00 a.m.**

Telephonic appearance by counsel is permitted. The Court will initiate the telephone call.

SO ORDERED.

_____        Date: January 12, 2007
William Lee Abbott
United States Immigration Judge

```
JAN-12-2007  03:31       IMMIGRATION COURT              915 225 1929    P.03/05
Jan-12-2007 02:25pm  From-US ATTORNEY'S OFFICE    3034540408   T-087  P.001/002  F-882
```

Case 1:06-cv-02494-JLK   Document 31-3   Filed 01/05/2007   Page 1 of 2

## LIST OF SWIFT EMPLOYEES BEING DETAINED IN EL PASO ICE FACILITY

|    | Name | A number | MC Hearing |
|----|------|----------|------------|
| 1  | Ailon Garcia, Ruben | 88 134 493 | 1/09/2007: 9:00 a.m. |
| 2  | Ajpacaja Batz, Tomas | 88 134 017 | 1/16/2007: 9:00 a.m. |
| 3  | Baquiax Ajpacaja, Mario Eugenio | 88 134 485 | 1/11/2007: 9:00 a.m. |
| 4  | Calel Loul, Anselmo | 88 134 000 | 1/09/2007: 9:00 a.m. |
| 5  | Chaj Ajtun, Pablo | 88 134 482 | 1/16/2007: 8:30 a.m. |
| 6  | Chanchavac Vicente, Armando | 88 134 384 | 1/09/2007: 9:00 a.m. |
| 7  | Chanchavac Vicente, Felix  *** signed in CO | 88 134 419 | 1/16/2007: 8:30 a.m. |
| 8  | Chaz Tzun, Eleuterio | 88 134 455 | NIS |
| 9  | Diego Diego, Francisco *** | 88 134 008 | 1/16/2007: 8:30 a.m. |
| 10 | Francisco Miguel, Pascual | 70 927 426 | 1/16/2007: 9:00 a.m. |
| 11 | Francisco Pascual, Francisco Miguel | 88 134 025 | 1/11/2007: 9:00 a.m. |
| 12 | Garcia Ailon, Isais | 88 134 021 | NIS |
| 13 | Garcia Gonzalez, Alexander *** | 88 134 290 | 1/16/2007: 9:00 a.m. |
| 14 | Gomez Gomez, Nicolas Rafael | 88 134 357 | 1/16/2007: 8:30 a.m. |
| 15 | Gonzalez Garcia, Elmer | 88 134 429 | 1/16/2007: 8:30 a.m. |
| 16 | Gonzalez Gonzalez, Edzon | 88 134 264 | 1/09/2007: 9:00 a.m. |
| 17 | Hernandez Andres, Miguel | 88 134 262 | 1/16/2007: 8:30 a.m. |
| 18 | Hernandez Pastor, Angel | 88 134 481 | 1/09/2007: 9:00 a.m. |
| 19 | Hernandez, Miguel Andres | 88 134 262 | 1/16/2007: 8:30 a.m. |
| 20 | Ixen Yaqui, Javier Francisco | 88 134 492 | 1/16/2007: 8:30 a.m. |
| 21 | Juan Mendoza, Jorge | 88 134 472 | 1/16/2007: 8:30 a.m. |
| 22 | Juarez Garcia, Oscar | 88 134 474 | 1/09/2007: 9:00 a.m. |
| 23 | Lopez Vicente, Basilo | 88 134 433 | 1/09/2007: 9:00 a.m. |
| 24 | Lopez Vicente, Matias | 88 134 459 | 1/16/2007: 8:30 a.m. |
| 25 | Lucas Gonzalez, Jesus Angel | 97 629 829 | No Court Date |
| 26 | Lux Pu, Ambroisio | 88 134 016 | 1/16/2007: 9:00 a.m. |
| 27 | Manuel Diego, Guillermo | 88 134 292 | 1/16/2007: 8:30 a.m. |
| 28 | Mejia Simon, Pedro | 88 134 291 | 1/09/2007: 9:00 a.m. |
| 29 | Mendoza Corina, Abel | 88 134 480 | NIS |
| 30 | Ordonez Ixcoy, Panteleon | 88 134 460 | |
| 31 | Pablo Pascual, Andres | 88 134 450 | 1/11/2007: 9:00 a.m. |
| 32 | Pascual Bernabe, Santiago | 88 134 285 | 1/09/2007: 9:00 a.m. |
| 33 | Pelico Vicente, Andres | 88 134 267 | 1/16/2007: 8:30 a.m. |
| 34 | Pelico Vicente, Miguel | 88 134 484 | 1/09/2007: 9:00 a.m. |
| 35 | Pelico Vicente, Ruperto | 88 134 489 | 1/16/2007: 8:30 a.m. |
| 36 | Sanic Peruch, Lisandro | 88 134 461 | 1/09/2007: 8:30 a.m. |
| 37 | Sanic Tsun, Nelson | 88 134 313 | 1/18/2007: 9:00 a.m. |
| 38 | Sebastin Juan, Ana | 88 134 306 | 1/11/2007: 9:00 a.m. |
| 39 | Sica Zarate, Julio | 88 134 317 | 1/16/2007: 9:00 a.m. |
| 40 | Silvestre Pablo, Juan | 88 134 449 | 1/09/2007: 9:00 a.m. |
| 41 | Sontay Vicente, Humberto | 88 134 261 | 1/09/2007: 9:00 a.m. |
| 42 | Suchilte Archila, Carlos Obdulio | 88 134 385 | 1/11/2007: 9:00 a.m. |
| 43 | Tecum Son, Pedro | 88 134 012 | 1/16/2007: 8:30 a.m. |

Handwritten annotation: 88-134.025 Omar Cruz Torres / Omar Luz-Torres

EXHIBIT # 1

```
JAN-12-2007  03:31        IMMIGRATION COURT            915 225 1929   P.04/05
Jan-12-2007  02:25pm   From-US ATTORNEY'S OFFICE   3034540408   T-097  P.002/002  F-882
```

Case 1:06-cv-02494-JLK   Document 31-3   Filed 01/05/2007   Page 2 of 2

| | Name | A number | MC Hearing |
|---|---|---|---|
| 44 | Tecum de Leon, Martin | 88 134 259 | 1/16/2007; 8:30 a.m. |
| 45 | Tezun, Isaura | 88 134 342 | |
| 46 | Velasquez Chel, Rigoberto | 88 134 268 | 1/11/2007; 9:00 a.m. |
| 47 | Velasquez Pelico, Jorge | 88 134 010 | 1/09/2007; 9:00 a.m. |
| 48 | Vicente Calel, Feliciana | 74 422 067 | No Court Date |
| 49 | Vicente Lopez, Ricardo | 88 134 020 | 1/11/2007; 9:00 a.m. |
| 50 | Vicente Pelico, Juan | 88 134 403 | 1/09/2007; 9:00 a.m. |
| 51 | Vicente Santay, Rigoberto | 88 134 319 | 1/16/2007; 9:00 a.m. |
| 52 | Vicente Vicente, Bonifacio | 88 134 001 | 1/09/2007; 9:00 a.m. |
| 53 | Vicente Vicente, Ediliberto | 88 134 403 | 1/09/2007; 9:00 a.m. |
| 54 | Vicente Vicente, Eliseo | 98 134 294 | 1/09/2007; 9:00 a.m. |
| 55 | Vicente Vicente, Santos Gerbacio | 73 103 039 | 1/16/2007; 9:00 a.m. |
| 56 | Vicente Vicente, Tiofilo Leopoldo | 88 134 293 | 1/09/2007; 9:00 a.m. |
| 57 | Vicente Xiloj, Guadalupe | 88 134 004 | 1/09/2007; 9:00 a.m. |
| 58 | Vincent Sontay, Rigoberto | 88 134 319 | 1/16/2007; 9:00 a.m. |
| 59 | Xiloj Pelico, Geronimo | 88 134 445 | 1/11/2007; 9:00 a.m. |
| 60 | Zarate Velasquez, Candido | 88 134 427 | 1/16/2007; 8:30 a.m. |
| 61 | Zarate Velasquez, David | 88 134 288 | NIS |

JAN-12-2007  03:31        IMMIGRATION COURT                      915 225 1929   P.05/05

**Representative Before the Immigration Court**

I ~~hereby~~ appearance as attorney or representative for, and at the request of, the following named person:

DATE (mm/dd/yy): 1/3/07

NAME: Ruben A. Garcia
(First) (Middle Initial) (Last)

ALIEN NUMBER(S) (list lead alien number and all family member alien numbers and names, if applicable. Continue on next page if needed.)

88 [illegible] 4 4[illegible]

ADDRESS: ICE Detention
(Number and Street) 8915 Montana Ave (Apt. No.)
El Paso  Texas  79925
(City) (State) (Zip Code)

Please check one of the following:

☒ 1. I am a member in good standing of the bar of the highest court(s) of the following state(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia:

Full Name of Court: Colorado Sup. Court
State Bar No. (if applicable): 21055

(Please use space on reverse side to list additional jurisdictions.)

I ☒ am not (or ☐ am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions (other than federal courts) where I am licensed to practice law.

☐ 2. I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review pursuant to 8 C.F.R. § 1292.2 (provide name of organization and expiration date of accreditation):

☐ 3. I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 1292.1 (explain fully on reverse side).

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Immigration Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNATURE OF ATTORNEY OR REPRESENTATIVE: X [signature]
EOIR ID#:
DATE (mm/dd/yy): 1/3/07

NAME OF ATTORNEY OR REPRESENTATIVE (type or print): Jim Salvator
ADDRESS: 1643 Erin Way, Lafayette CO 80026
☐ Check here if new address

PHONE NUMBER (with area code): 303 604 0320
FAX NUMBER (with area code): 303 604 0320

Form EOIR - 28
Rev. Oct. 2006