## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02494-JLK-MJW

Rinaldo Yarrito, et. al

      Petitioners,

  v.

JULIE L. MEYERS,
Assistant Secretary for Homeland Security,

ALFREDO CAMPOS, Warden, USDHS-ICE, El Paso, Texas,

TERESA HUNT, Warden, GEO-ICE, Aurora, Colorado

and

U.S. Immigration and Customs Enforcement Division
of the Department of Homeland Security

      Respondents.
_____

**ERRATA SHEET FOR STATUS REPORT**
_____

      Paragraph 8d of the Status Report is incorrect. It should read "Bond hearings were held for individuals detained in El Paso, except Julio Sica Zarate, A 88-134-317, could not be accounted for."

                                  Counsel for Petitioners
                                      and Petitioners' Next Friend

                                  s/ DeAngelo Starnes
                                  DeAngelo Starnes
                                  7760 W. 38th Ave., Suite 400
                                  Wheat Ridge, CO, 80033
                                  (303)425-0897 ext. 427

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Mark S. Pestal
mark.pestal@usdoj.gov

Elizabeth Joanne Stevens
elizabeth.stevens@usdoj.gov

Jim Salvator
salvator@igc.org

Edward E. Wiggers – via first class mail
Trial Attorney
Office of Immigration Litigation
Civil Division
United States Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20044

/s Cynthia A. Fanning
Legal Secretary

2