**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  January 22, 2007

Court Reporter: Gwen Daniel
Deputy Clerk: LaDonne Bush

Civil Action No. 06-cv-02494-JLK

RINALDO YARRITO,  an alias of a person whose true identity is unknown, et al,

John Bowen
DeAngelo Starnes
Jim Salvatore

      Petitioners,

v.

JULIE L. MEYERS, Assistant Secretary
for Homeland Security,
ALFREDO CAMPOS, WARDEN, USDHS-ICE,
El Paso, Texas,
TERESA HUNT, Warden, GEO-ICE,
Aurora, Colorado,
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT DIVISION OF THE
DEPARTMENT OF HOMELAND
SECURITY,

Mark Pestal
Elizabeth Stevens

      Respondents.

_____

**COURTROOM MINUTES**
_____

**Further Hearing**

10:25 a.m.     Court in session.

Statement by Mr. Pestal.

Statement by Mr. Bowen.

Argument by Mr. Salvatore.

Argument by Mr. Pestal.

Rebuttal argument by Mr. Salvatore.

**ORDERED**:   The name of the first plaintiff shall be changed in the caption to "Rinaldo Yarrito, an alias of a person whose true identity is unknown."

**ORDERED**:   Motion for Emergency Relief Regarding 61 Mayans Detained Without Bond in El Paso, Texas (Doc. 43) is denied.

Court finds, among other things, that there has been compliance with the writ previously ordered.

**ORDERED**:   Case is closed.  Final judgment shall enter.

10:48 a.m.   Court in recess.

Hearing concluded.
Time - 00:23